**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 23-1528**

─────────

ERIC KATZ,

　　　　　Plaintiff - Appellant,

　　　v.

MERRICK GARLAND, U.S. Attorney General, U.S. Department of Justice,

　　　　　Defendant - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, Senior District Judge.  (1:20-cv-00554-TSE-JFA)

─────────

Submitted:  January 30, 2024　　　　　　　　　　Decided:  February 2, 2024

─────────

Before KING, AGEE, and THACKER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Eric Katz, Appellant Pro Se.  Elizabeth A. Spavins, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Katz appeals the district court's order granting Defendant summary judgment on Katz's discrimination and retaliation claims, brought pursuant to the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*, and on his constructive discharge claim. We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Katz v. Garland*, No. 1:20-cv-00554-TSE-JFA (E.D. Va. Mar. 16, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*